ACCEPTED
04-14-00709-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/3/2015 12:00:00 AM
KEITH HOTTLE
CLERK

## Nos. 04-14-00709-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **FRANCISCO JAVIER GONZALEZ** | § | **BEXAR COUNTY, TEXAS** |

## MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

From the 399th District Court of Bexar County, Texas
Trial Court No. 2011-CR-9697
Hon. Ray J. Olivarri, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

Appellant's reply brief is due to be filed on Monday, the 3rd of August, 2015. The undersigned requests additional time to prepare and file Appellant's opening brief. Counsel has been working on several appellate cases, including a brief before the Third Court of Appeals in Cause No. 03-15-00220-CR, and is currently in Dallas regarding *Ex Parte Ubaldo Padilla*. Additionally, counsel was in Sinton, Texas in *State of Texas v. Raymond Grados*, on Tuesday July 28, 2015. Counsel requests an extension of fourteen (14) days, to and including Monday, August 17, 2015. This is Appellant's second request for an extension.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:     /s/ Robert A. Jimenez
SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of August, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Reply Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on August 2, 2015.

/s/ ROBERT A. JIMENEZ